AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

for the

District of Colorado

2026 JUL 29  AM 10: 51

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

|  |  |  |
|---|---|---|
| United States of America<br>v.<br><br>2. DEIBI BECERRA-PEREZ | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.   26-cr-00176-NYW |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   DEIBI BECERRA-PEREZ                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint

☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. § 933(a)(1) and (3) – Conspiracy to Illegally Traffic in Firearms;  Count 2: 21 U.S.C. § 846 – Conspiracy to Distribute and Possess with Intent to Distribute: (a) 500 Grams and More of a Mixture and Substance Containing a Detectable Amount Methamphetamine; and (b) a Mixture and Substance Containing a Detectable Amount of Cocaine; Counts 4-8: 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) and 18 U.S.C. § 2 – Distribution of 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, and Aiding and Abetting

Date:   7/22/2026

s/G. Gillen

*Issuing officer's signature*

Jeffrey P. Colwell, Clerk U.S. District Court

City and state:     Denver, Colorado

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 04/29/2026 , and the person was arrested on *(date)* 07/27/2026 at *(city and state)* Denver, CO  . |
| Date: 7-27-2026 |
| *Arresting officer's signature* |
| DUSM Luke R. Viscon[?]<br>*Printed name and title* |